No. 1,353.—McIVOR, RESPONDENT, *v.* GRIGG ET AL., APPELLANTS.

*Appeal from District Court, Madison County.*

Decided October 7, 1901.

PER CURIAM.—This appeal is dismissed in accordance with the stipulation on file herein.

*Mr. E. B. Howell,* for Appellants.

*Mr. M. M. Duncan,* for Respondent.

———

No. 1,414.—W. A. CLARK & BRO., RESPONDENTS, *v.* GRAND OPERA HOUSE CO., ET AL., DEFENDANTS.

SILAS F. KING, DEFENDANT AND APPELLANT.

*Appeal from District Court, Silver Bow County.*

Motion to dismiss appeal.

Decided October 9, 1901.

PER CURIAM.—Upon motion of the appellant this appeal is dismissed at the cost of appellant.

*Mr. J. K. MacDonald,* for Appellant.